No. 1077, Misc. OVERBY *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1082, Misc. CARUSO *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1083, Misc. STEVENS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 1084, Misc. BROWN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1132, Misc. IN RE SANTANA. Sup. Ct. P. R. Certiorari denied.

No. 1193, Misc. RODRIGUEZ *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. Petitioner *pro se. Michael Juviler* for respondent.

No. 1148, Misc. RHODES *v.* MEYER ET AL. C. A. 8th Cir. Certiorari and other relief denied.

No. 816. GOVERNMENT EMPLOYEES INSURANCE CO. *v.* UNITED STATES, 382 U. S. 1026;

No. 732, Misc. VASQUEZ-OCHOA *v.* UNITED STATES, 382 U. S. 1027;

No. 896, Misc. ODELL *v.* STATE DEPARTMENT OF PUBLIC WELFARE OF WISCONSIN ET AL., 382 U. S. 420; and

No. 931, Misc. PARKER *v.* BOARD OF EDUCATION, PRINCE GEORGE'S COUNTY, MARYLAND, 382 U. S. 1030. Petitions for rehearing denied.

No. 593. KOEHRING CO. *v.* HYDE CONSTRUCTION CO., INC., ET AL., 382 U. S. 362. Petition for rehearing and motion to amend the order of remand denied.